IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRIE COLEMAN, and JALIL COLEMAN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV359 |
| v. | ) ) ) | |
| DOUGLAS COUNTY HOUSING AUTHORITY, WOODGATE TOWNHOMES, and GLENBROOK HOMES ASSOCIATION, | ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the plaintiffs' motion for dismissal without prejudice. Filing No. 40. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge